JAMES J. WALDORF BAR NO. 38297
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

JS - 6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 07-05651 DDP (RCx) |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| JOHN FRANCIS, AKA JOHN C. FRANCIS, AKA JOHN CHARLES FRANCIS, AKA SEAN C. FRANCIS, AKA JOHN FRANCIS SR., | |
| Defendant, | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, JOHN FRANCIS, AKA JOHN C. FRANCIS, AKA JOHN CHARLES FRANCIS, AKA SEAN C. FRANCIS, AKA JOHN FRANCIS SR., as to claim one, in the total amount of $1,165.89 and as to claim two the total amount of $8,064.60 for a total judgment amount of $9,230.49.

Dated: August 4, 2008

_____
UNITED STATES DISTRICT JUDGE
DEAN D. PREGERSON